**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| IN RE: | |
|---|---|
| Michael Yudean Allen | Case No.:  08 B 15264 |
| | Chapter:  13 |
| Debtor(s) | Judge Eugene R. Wedoff |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:**  Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604
Michael Yudean Allen, Debtor(s), 840 Wellington Ave #315, Elk Grove Village, IL 60007
Richard E. Sexner, Attorney for Debtor(s), 579 W. North Ave., Ste. 301, Elmhurst, IL 60126

You are hereby notified that debtor(s) is(are) due to AMERICAN HOME MORTGAGE SERVICING, INC. for the contractual mortgage payment due 01/01/2009.  Debtor owes for the 02/01/2009  coming due plus $33.19  in late charges .  The current mortgage payment amount due each month is 735.66.  As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any oustanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 02/15/2009, AMERICAN HOME MORTGAGE SERVICING, INC.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on January 16, 2009.

  /s/ Peter C. Bastianen
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-19785)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.